FILED ___ ENTERED
____ LOGGED _____ RECEIVED

12:55 pm, Mar 17 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | |
| | |
| **A T-MOBILE REVVEL 6 CELLPHONE WITH IMEI: 861690063523985, SEIZED FROM APRIL DENISE DUNBAR ("TARGET DEVICE")** | **CASE NO.** _____ 23-749-ADC |
| | |
| **CURRENTLY LOCATED AT THE OFFICE OF HOMELAND SECURITY INVESTIGATIONS, 40 S. GAY STREET, BALTIMORE, MARYLAND, 21202** | **FILED UNDER SEAL** |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Rachal M. Torg, a Special Agent (SA) with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

1.      I have been employed as an HSI SA since November 2017.  As part of the daily duties as an HSI SA, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, U.S.C. §§ 2251, 2252 and 2252A.  I have gained experience through training in seminars, classes, and daily work related to conducting these types of investigations.  Specifically, I have received formal training through HSI and other agencies in the area of child pornography, pedophile behavior, collectors of other obscene material, and internet crime.  I have participated in the execution of numerous search warrants, of which the majority has involved child exploitation and/or child pornography offenses.  Many of the child exploitation and/or child pornography search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of Title 18, United States Code § 2252A

involving child exploitation offenses.  In the course of my employment with HSI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

2.      As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## PURPOSE OF THIS AFFIDAVIT

3.      I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 for information associated with the following:

    a.  A T-Mobile Revvel 6 Cellphone, with an IMEI of 861690063523985 (**"TARGET DEVICE"**) (further described in Attachment A), seized from April Denise **DUNBAR**

4.      The TARGET DEVICE is located at the offices of Homeland Security Investigations, 40 S. Gay Street, Baltimore, Maryland, 21202, and is the property of April Denise **DUNBAR**, which was removed from **DUNBAR's** person during her arrest on January 28, 2023, in Memphis, Tennessee.

5.      Based on the allegations therein and further facts set forth in this affidavit, there is probable cause to believe that the TARGET DEVICE contains evidence of violations of 18 U.S.C. § 2251 (Sexual Exploitation of Children); 18 U.S.C. § 2252A(a)(2) (Distribution of Child Pornography); 18 U.S.C. § 1591(a),(b)(1) (Sex Trafficking of Children); and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography) (collectively the "**TARGET OFFENSES**"). The item to be searched is described below with particularity in Attachment A, which is attached hereto and incorporated herein by reference.

6.      The statements in this Affidavit are based in part on information provided by other law enforcement officers and on my investigation of this matter.  Since this Affidavit is being

submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that contraband and evidence, fruits, and instrumentalities of violations of the TARGET OFFENSES are located within the TARGET DEVICE.

7.      The procedure by which the government will search and seize the information contained is described in Attachments A and B, which are incorporated by reference.

## BACKGROUND ON CHILD PORNOGRAPHY, COMPUTERS, AND THE INTERNET

8.      Based on your Affiant's experience in child exploitation investigations and upon information provided to your Affiant by other law enforcement officers, the following can be true of child molesters/child pornographers:

a. Computers and digital technology are the primary way in which individuals interested in child pornography interact with each other. Computers basically serve four functions in connection with child pornography: production, communication, distribution, and storage.

b. Digital cameras and smartphones with cameras save photographs or videos as a digital file that can be directly transferred to a computer by connecting the camera or smartphone to the computer, using a cable or via wireless connections such as "WiFi" or "Bluetooth." Photos and videos taken on a digital camera or smartphone may be stored on a removable memory card in the camera or smartphone. These memory cards are often large enough to store thousands of high-resolution photographs or videos.

c. A device known as a modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection. Mobile devices such as smartphones and tablet computers may also connect to other computers via wireless connections. Electronic contact can be made to literally millions of computers around the world. Child pornography can therefore be easily, inexpensively and anonymously (through electronic communications) produced, distributed, and received by anyone with access to a computer or smartphone.

d. The computer's ability to store images in digital form makes the computer itself an ideal repository for child pornography. Electronic storage media of various types – to include computer hard drives, external hard drives, CDs, DVDs, and "thumb," "jump," or "flash" drives, which are very small devices that are plugged into a port

on the computer – can store thousands of images or videos at very high resolution. It is extremely easy for an individual to take a photo or a video with a digital camera or camera-bearing smartphone, upload that photo or video to a computer, and then copy it (or any other files on the computer) to any one of those media storage devices.  Some media storage devices can easily be concealed and carried on an individual's person.  Smartphones and/or mobile phones are also often carried on an individual's person

e.   Internet affords individuals several different venues for obtaining, viewing, and trading child pornography in a relatively secure and anonymous fashion.

f.   Individuals also use online resources to retrieve and store child pornography.  Some online services allow a user to set up an account with a remote computing service that may provide e-mail services and/or electronic storage of computer files in any variety of formats.  A user can set up an online storage account (sometimes referred to as "cloud" storage) from any computer or smartphone with access to the Internet. Even in cases where online storage is used, however, evidence of child pornography can be found on the user's computer, smartphone, or external media in most cases.

g.   As is the case with most digital technology, communications by way of computer can be saved or stored on the computer used for these purposes.  Storing this information can be intentional (*i.e.*, by saving an e-mail as a file on the computer or saving the location of one's favorite websites in, for example, "bookmarked" files) or unintentional.  Digital information, such as the traces of the path of an electronic communication, may also be automatically stored in many places (*e.g.*, temporary files or ISP client software, among others).  In addition to electronic communications, a computer user's Internet activities generally leave traces or "footprints" in the web cache and history files of the browser used.  Such information is often maintained indefinitely until overwritten by other data.

## <u>CHARACTERISTICS COMMON TO INDIVIDUALS WHO POSSESS, RECEIVE, AND DISTRIBUTE CHILD PORNOGRAPHY</u>

9.   Based on my previous investigative experience related to child exploitation investigations, and the training and experience of other law enforcement officers with whom I have had discussions, I know there are certain characteristics common to individuals who possess, receive, and distribute child pornography:

a.   Such individuals may receive sexual gratification, stimulation, and satisfaction from contact with children, or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media, or from literature describing such activity.

b.  Such individuals may collect sexually explicit or suggestive materials in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media.  Individuals who have a sexual interest in children or images of children oftentimes use these materials for their own sexual arousal and gratification.  Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

c.  Such individuals almost always possess and maintain their hard copies of child pornographic material, that is, their pictures, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home or some other secure location.  Individuals who have a sexual interest in children or images of children typically retain pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years.

d.  Likewise, such individuals often maintain their child pornography images in a digital or electronic format in a safe, secure and private environment, such as a computer and surrounding area.  These child pornography images are often maintained for several years and are kept close by, usually at the possessor's residence, inside the possessor's vehicle, or, at times, on their person, or in cloud-based online storage, to enable the individual to view the child pornography images, which are valued highly.  Some of these individuals also have been found to download, view, and then delete child pornography on their computers or digital devices on a cyclical and repetitive basis.

e.  Importantly, evidence of such activity, including deleted child pornography, often can be located on these individuals' computers and digital devices through the use of forensic tools.  Indeed, the very nature of electronic storage means that evidence of the crime is often still discoverable for extended periods of time even after the individual "deleted" it.[1]

f.  Such individuals also may correspond with and/or meet others to share information and materials, rarely destroy correspondence from other child pornography distributors/possessors, conceal such correspondence as they do their sexually explicit material, and often maintain lists of names, addresses (including e-mail addresses), and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

g.  Such individuals prefer not to be without their child pornography for any prolonged time period.  This behavior has been documented by law enforcement officers

---

[1] *See United States v. Carroll*, 750 F.3d 700, 706 (7th Cir. 2014) (concluding that 5-year delay was not too long because "staleness inquiry must be grounded in an understanding of both the behavior of child pornography collectors and of modern technology"); *see also United States v. Seiver*, 692 F.3d 774 (7th Cir. 2012) (Posner, J.) (collecting cases, e.g., *United States v. Allen*, 625 F.3d 830, 843 (5th Cir. 2010); *United States v. Richardson*, 607 F.3d 357, 370-71 (4th Cir. 2010); *United States v. Lewis*, 605 F.3d 395, 402 (6th Cir. 2010)).

involved in the investigation of child pornography throughout the world.  Thus, an individual uses a portable device (such as a mobile phone) to access the Internet and child pornography.

## **PROBABLE CAUSE**

10.     This ongoing investigation yielded probable cause that **April Denise DUNBAR**, produced sexually explicit videos of five (5) prepubescent children in her care (henceforth MV1, MV2, MV3, MV4 and MV5)— and has distributed, sold and stored those visual depictions on electronic devices in violation of federal law.  **DUNBAR** also performed sex acts on MV1, MV2, MV3, MV4 and MV5 while benefiting financially for doing so. **DUNBAR** enticed, provided, advertised, maintained and solicited MV1, MV2, MV3, MV4 and MV5 to engage in a commercial sex act.

11.     Your Affiant is working a child exploitation investigation jointly with the Maryland State Police ("MSP"), Howard County Police Department ("HCPD"), and Baltimore Police Department ("BPD"). The ongoing investigation has yielded Eugene Edward GOLDEN ("GOLDEN") possessed child pornography and solicited the production of child pornography from various individuals, including **DUNBAR**.

12.     The ongoing investigation has revealed GOLDEN possessed numerous files of child pornography depicting the sexual abuse of infants and toddlers.  The investigation has also revealed GOLDEN solicited the production of a number of these child pornography files from various third parties, who appear to have engaged in child sex abuse, including physical abuse of infants and toddlers, at the behest of GOLDEN and in exchange for financial compensation.

13.     During an authorized search of GOLDEN's online Google accounts during the course of the investigation, images of **DUNBAR** with MV1, MV2, MV3, MV4 and MV5 were discovered, as described in detail below.

14.     In July 2022, the Maryland ICAC Task Force assigned NCMEC Cyber Tip #128887022 and eight related cyber-tipline reports ("Associated Cyber Tips") to the Baltimore Police Department for investigation.

15.     NCMEC escalated the Associated Cyber Tips because Cyber Tip #128887022 stated that the referral, "…appears to contain images/videos that appear UNFAMILIAR and may depict NEWLY PRODUCED and/or HOMEMADE CONTENT".  The Associated Cyber Tips indicate that on various dates from 2020-2022, the account user uploaded child pornography to the Google Drive infrastructure.

16.     Pursuant to a state search warrant obtained by MSP, Google produced account content containing the Google Drive content for the reported Google account in the NCMEC Cyber Tip. The Google account reported in the Associated Cyber Tips was linked to GOLDEN.

17.     Your Affiant reviewed the Google Drive contents and observed over 700 files of commercially available child pornography. Also observed were hundreds of homemade video and image files that depicted adult females sexually abusing children at the behest of GOLDEN. A review of the apparent homemade files reasonably estimates there are approximately ten (10) to fifteen (15) unique children in the videos solicited by GOLDEN, with at least four (4) to seven (7) adult females who are depicted in the homemade videos.

18.     In a number of the homemade videos, the adult females are engaging in the physical and sexual abuse of the child victims. Many of the children appear to be infants or toddlers. In several of the homemade videos, the adult females make sexually charged remarks to "Eugene", "Gene", and "Prince". Additionally, several of the children make remarks to "Mr. Prince" in some of the videos. Your Affiant notes that GOLDEN's first name is "Eugene," GOLDEN's nickname is "Gene," and GOLDEN's self-reported moniker is "Prince."

19.    In several of the homemade videos, the adult females specifically tell GOLDEN that he needs to pay them in exchange for their sexual exploitation of their children.

20.    On December 1, 2022, the federal grand jury returned an indictment against Eugene Edward GOLDEN ("GOLDEN") on charges of 18 U.S.C. 22519(a) (Sexual Exploitation of a Child) and 18 U.S.C. 2252A(a)(5)(B) (Possession of Child Pornography). *See United States v. Eugene Edward Golden, GLR-22-414.*

## IDENTIFICATION OF APRIL DENISE DUNBAR AND EVIDENCE OF PRODUCTION OF CHILD PORNOGRAPHY

21.    As discussed previously in this affidavit, Your Affiant observed several hundred files of apparent homemade files of child pornography involving the sexual abuse of infants and toddlers by adult women in the online accounts of GOLDEN. Your Affiant specifically observed a series of at least 50 files, which contained an unidentified adult female, later identified as **April Denise DUNBAR**, sexually abusing numerous pre-pubescent minor children. Some videos provided details that allowed other videos to be associated to **DUNBAR** (i.e. clothing, furniture, objects, rooms, etc.).  Your Affiant has reviewed these files, and has concluded, based on my training and experience, that the files contain visual depictions of minors engaged in sexually explicit conduct and is child pornography under 18 U.S.C. § 2256(8).  Some of the files are described below:

> a) **File Name**: 1d075716-b145-4422-ba41-3f074c8f1766-at-2021-09-08T01_58_06. 193Z-unpinned.mp4 (VID-1)
> **Creation Date**: 07-17-2021
> **Description**: This is a color video file, approximately 37 seconds in length, that depicts an adult African American female with a pre-pubescent male. The juvenile is naked from the waist down and wearing a t-shirt. The adult female has the juvenile's penis in her hand. The female says, "You like this dirty ass shit Mr. Prince? You nasty motherfucker. You better have my fucking money." The adult female proceeds to lick the minor male's penis. The adult female then states, "You better have my fucking

money Mr. Prince. Like, you seen that shit. You dirty motherfucker, you better have my money after this bullshit." The adult female then proceeds to lick the minor male's penis again.

b) **File Name**: 5e2116b9-6f84-4bc4-8b5d-9978cb82c7c0-at-2021-09-08T01_57_52.7 70Z-unpinned.mp4 (VID-2)
**Creation Date**: 07-17-2021
**Description**: This is a color video file, 46.75 seconds in length, that depicts an adult African American female with a pre-pubescent male. The juvenile male is naked below the waist and wearing an orange shirt. The adult female has the juvenile's penis in her hand while she is filming. The adult female states, "You see this shit Mr. Prince. Nasty, dirty ass child ass molester. You better have my fucking money for doing this stupid shit." The adult female, still gripping the juvenile's penis, sticks her tongue out and licks the juvenile's penis. The adult female then looks at the camera and states, "You better have my fucking money." The adult female then releases the juvenile's penis and states, "Stop playing with me. Send my money right now, you dirty ass molester. You like this shit Mr. Prince?" The adult female then focuses the video on the juvenile's penis. [inaudible] The adult female states, "Please, send me my fucking money after this shit." The adult female points at the juvenile male's penis.

c) **File Name**: 39228a21-9af2-4b4e-a9f5-db46400915d5.mp4 (VID-3)
**Creation Date**: 07-14-2021
**Description**: This is a color video, 1 minute 48.38 seconds in length, that depicts five (5) juvenile minors on their hands and knees, naked from the waist down. The juveniles are lined up next to one another. As the camera moves down the line of juveniles, voices can be heard stating, "Hey Mr. Prince." The juveniles are observed arching their backs up and down, thus moving their hips and butts, exposing their anuses and genitals in a lewd/lascivious manner. Three of the juveniles are female and two are males. Throughout the video, the juveniles continue to say, "Hey Mr. Prince."

d) **File Name**: 53a444ef-fb6d-458a-9f1a-dd4d9369cdf6-at-2021-09-07T22_38_07. 479Z-unpinned.mp4 (VID-4)
**Creation Date**: 07-14-2021

**Description**: This is a color video, 1 minute 12.82 seconds in length. It depicts four (4) minor children, two of which are completely naked and two of which are wearing a t-shirt. An adult female voice is heard instructing the minor children to "shake" and then saying "Hey Mr. Prince" as the camera pans down the three minor children who are bent over and spreading their buttocks to show their anuses and genitals. The minor victims say "Hey Mr. Prince" as they shake their buttocks and expose their anuses and genitals.

22.     These files all depict **DUNBAR**, the adult female in the videos, and MV1, MV2, MV3, MV4 and MV5.  They were downloaded from the GOLDEN's Google Drive and reflect "creation dates" ranging from 07/07/2021 to 01/16/2022.

23.     Below, your Affiant has set forth still screenshots of **DUNBAR** observed in the above-mentioned color videos:



*Redacted screenshot from VID-1*          *Redacted screenshot from VID-1*

24.     On January 23, 2023, **DUNBAR** was charged in the District of Maryland via complaint with 18 U.S.C. § 2251 (Sexual Exploitation of Children); 18 U.S.C. § 2252A(a)(2) (Distribution of Child Pornography); 18 U.S.C. § 1591(a),(b)(1) (Sex Trafficking of Children). An arrest warrant was issued for **DUNBAR**.

10

25.     On January 28, 2023, **DUNBAR** was arrested by Homeland Security Investigations at 780 Cherokee in Memphis, Tennessee. Pursuant to her arrest, HSI seized the TARGET DEVICE, which was on her person at the time of her arrest. During her Mirandized interview, **DUNBAR** admitted to creating the videos with a cellphone and distributing them to GOLDEN.

## CONCLUSION

26.     Based on the foregoing, I respectfully submit that there is probable cause to believe that Title 18, United States Code, Section 2252(a)(2), which makes it a federal crimes to receive child pornography and Title 18, United States Code, Section 2252A(a)(5)(B), which makes it a federal crime to possess child pornography, have been violated and that there is probable cause to believe that TARGET DEVICE will contain evidence, instrumentalities, contraband, or fruits of the TARGET OFFENSES.

27.     Therefore, based upon the foregoing, I respectfully request that this Court issue a search warrant for the TARGET DEVICE, more particularly described in Attachments A-1, authorizing the seizure of the items described in Attachment B-1.

Rachal M. Torg
Special Agent
Homeland Security Investigations


Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this 27th day of February 2023.

HONORABLE A. DAVID COOPERTHITE
UNITED STATES MAGISTRATE JUDGE

Type text here

11